```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Securities and Exchange Commission

    v.                                                                     Case No. 25-cv-242-PB-TSM

Robynne Alexander

## JUDGMENT

In accordance with the Order by Judge Paul Barbadoro dated June 30, 2025, judgment is hereby entered.

                                                By the Court:

                                                _____
                                                Tracy A. Uhrin
                                                Clerk of Court

Date: June 30, 2025

cc: Counsel of Record